IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
|  | : | CIVIL ACTION NOS. |
|  | : |  |
| GREY | : | 02-1521 |
| HAYES | : | 02-1571 |
| BAUER | : | 02-1596 |
| DURBIN | : | 02-1637 |
| ITO | : | 02-1940 |
| CAMPOS | : | 02-2050 |
| TODD | : | 02-2197 |
| PATTON | : | 02-2305 |
| MAUCK | : | 02-2308 |
| BALL | : | 02-2379 |
| GRAESE | : | 02-2441 |
| MASINCOFF | : | 02-3040 |
| FAY | : | 02-3066 |
|  | : |  |
| VS. | : |  |
|  | : |  |
| BAYER CORPORATION, *et al.* | : |  |

**O R D E R**

**AND NOW,** this          day of May, 2002, the Court having been previously advised that the above action cannot proceed to trial and disposition because of the following reason:

[     ]   -   Order staying these proceedings pending disposition of a related action.

[     ]   -   Order staying these proceedings pending determination of arbitration proceedings.

[     ]   -   Interlocutory appeal filed.

[ X ]   -   Other: <u>Case is placed into suspense pending receipt of the Case Transfer Order from the Judicial Panel on Multi District Litigation transferring case to District of Minnesota.</u>.

It is

**ORDERED** that the Clerk of Court mark this action closed for statistical purposes and place the matter in the Civil Suspense File, and it is

**FURTHER ORDERED** that the Court shall retain jurisdiction; and that the case be restored to the trial docket when the action is in a status so that it may proceed to final disposition; this order shall not prejudice the rights of the parties to this litigation.

                              **BY THE COURT:**

                              _____

                              **Louis H. Pollak, Judge**